UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL NORRIS,

        Petitioner,

v.                                Case No. 3:05-cv-1321-J-20TEM

JAMES V. CROSBY, et al.,

        Respondents.

---

### ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for **Manatee** County, Florida. Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(d), this case is transferred to the **Tampa** Division of this Court for all further proceedings, and the Clerk shall immediately forward the file to that Division.

**DONE AND ORDERED** at Jacksonville, Florida, this _5th_ day of January, 2006.

                                          UNITED STATES DISTRICT JUDGE

ps 1/5
c:
Michael Norris